UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
February 24, 2022
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>  v.<br><br>MARK A. DUDGEON,<br><br>   Defendant. | Case No. 2:22-mj-30-CKD<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release  MARK A. DUDGEON ,

Case No.  2:22-mj-30-CKD  Charge Failure to Appear , from custody for the following reasons:

  __X__ Release on Personal Recognizance

  _____ Bail Posted in the Sum of $ _____

    _____ Unsecured Appearance Bond $ _____

    _____ Appearance Bond with 10% Deposit

    _____ Appearance Bond with Surety

    _____ Corporate Surety Bail Bond

  __X__ (Other):  Charges Dismissed.

Issued at Sacramento, California on February 24, 2022 at  2:30 pm  .

      By: /s/ Carolyn K. Delaney

         Magistrate Judge Carolyn K. Delaney